IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| **Michael Wade Duncan,** | ) Case No. 14-13883 NLJ |
| | ) |
| **Corrie Anne Duncan,** | ) Chapter 13 |
| | ) |
| **Debtors.** | ) |

## WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN

COMES NOW the Oklahoma Tax Commission, ("OTC") and withdraws its objection to chapter 13 plan filed on September 30, 2014 for the following reason.

1.　Debtor has provided further information.

WHEREFORE, the OTC withdraws its objection filed on September 30, 2014.

Respectfully submitted,

**OKLAHOMA TAX COMMISSION**

/s/ Sean R. McFarland
Sean R. McFarland, OBA #13729
Assistant General Counsel
120 N. Robinson, Suite 2000W
Oklahoma City, OK  73102-7471
Tel. (405)319-8550
Fax (405) 602-0165
smcfarland@tax.ok.gov

## **CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION**

I, Sean R. McFarland, hereby certify that on October 22, 2014, a true and correct copy of the above Withdrawal of Objection to Chapter 13 Plan was electronically served using the CM/ECF system to John Hardeman, Chapter 13 Trustee, James E. Palinkas, attorney for the Debtor(s) and the Office of the United States Trustee.

Further, I certify that on October 22, 2014 a true and correct copy of the Withdrawal of Objection to Chapter 13 Plan was mailed via U.S. Mail, first class, postage prepaid and properly addressed to the following at the address shown:

Michael Wade Duncan
Corrie Ann Duncan
408 War Eagle Ln
Yukon, OK 73099

/s/Sean R. McFarland
Sean R. McFarland